```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF PENNSYLVANIA
─────────────────────────────────────────────────
KEVIN GREGORY HAND,                        )
Pennsylvania state national,               )
18 South 55th Street                       )
Philadelphia, Pennsylvania 19139           )
                                           )
              Plaintiff,                   )
                                           )
        v.                                 )   Civil Action No. _____
                                           )
CITY OF PHILADELPHIA,                      )
PHILADELPHIA SHERIFF'S OFFICE,             )
KRR CAPITAL LLC (Delaware),                )
and JOHN/JANE DOES 1–10,                   )
                                           )
              Defendants.                  )
─────────────────────────────────────────────────
```

## COMPLAINT
### (42 U.S.C. §§ 1983, 1986 | 28 U.S.C. §§ 1331, 1332)
### Quiet Title, Due Process Violation, Redemption Rights

**JURISDICTION AND VENUE**
1. Federal-question jurisdiction under 28 U.S.C. § 1331 (42 U.S.C. §§ 1983, 1986).
2. Diversity jurisdiction under 28 U.S.C. § 1332(a)(2)/(a)(3): Plaintiff is Pennsylvania state national (expatriated Nov. 08, 2011); KRR CAPITAL LLC is Delaware citizen; amount > $1,500,000.
3. Venue proper under 28 U.S.C. § 1391(b).

**PARTIES**
4. Plaintiff Kevin Gregory Hand resides at 18 South 55th Street, Philadelphia, PA 19139.
5. Defendant City of Philadelphia is a municipality.
6. Defendant Philadelphia Sheriff's Office threatens lockout.
7. Defendant KRR Capital LLC is Delaware LLC.

**KEY FACTS**
8. Plaintiff holds Lodial-Land-Seisin-Claim/patent title for the property (Exhibit: LODIAL-CLAIM-ERC-1155).
9. The 2024 Bureau Tax Sale Deed/Sheriff's Poll Deed (acknowledged May 29, 2025) VOID for inadequate notice (Mennonite Bd. of Missions v. Adams, 462 U.S. 791 (1983)).

1

10. Plaintiff's statutory 9-month redemption open until Feb. 28, 2026 (53 P.S. § 7293; City of Phila. v. F.A. Realty, 92 A.3d 400 (Pa. Commw. 2014)).
11. Property in Kevin Gregory Hand Trust (KGH-Trust); transfer violates terms.
12. Three post-remand trespasses and police incident number(Exhibit – videos).
13. Lockout scheduled Dec/2025—during redemption (irreparable harm: Winter v. NRDC, 555 U.S. 7 (2008)).
14. Property occupied, defeating vacancy exception (Brentwood Borough Sch. Dist. v. David H. Miller Lumber Co., 199 A.3d 694 (Pa. Commw. 2018)).

CAUSES OF ACTION
Count 1 – 42 U.S.C. § 1983 (Due Process)
Defendants deprive Plaintiff of property without due process by enforcing VOID deed (Mennonite, 462 U.S. 791) and lockout during open redemption (53 P.S. § 7293; City of Phila. v. Phila. Scrap Yard Props., 147 A.3d 420 (Pa. Commw. 2016)).

Count 2 – 42 U.S.C. § 1986 (Neglect to Prevent)
Defendants knew of wrongs and refused to prevent.

Count 3 – Quiet Title
Lodial-Land-Seisin-Claim/patent title/KGH-Trust paramount; Bureau Tax Sale Deed void (In re Upset Sale, 1 A.3d 910 (Pa. Commw. 2010)).

RELIEF REQUESTED
A. Declare deed VOID; quiet title in Plaintiff/KGH-Trust.
B. Enjoin lockout.
C. Damages/costs.

Dated: December 8, 2025

/s/ Kevin Gregory Hand
Kevin Gregory Hand, pro se
Pennsylvania state national
18 South 55th Street
Philadelphia, PA 19139
(267) 593-4330
kevingregoryhand@gmail.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kevin Gregory Hand, Pennsylvania state national
18 South 55th Street, Philadelphia, PA 19139

**(b)** County of Residence of First Listed Plaintiff: **Philadelphia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
CITY OF PHILADELPHIA, PHILADELPHIA SHERIFF'S OFFICE, KRR CAPITAL LLC (Delaware), and JOHN/JANE DOES 1–10

County of Residence of First Listed Defendant: **Philadelphia**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☒ 220 Foreclosure *(Quiet Title)* | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331 & 1332 – Federal Question & Diversity Jurisdiction    42 U.S.C. §§ 1983 & 1986 – Civil Rights V

Brief description of cause:
Violation of due process, unlawful seizure of home, quiet title under federal land patent, redemption rights under 53

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: N/A
DOCKET NUMBER: 2:25-cv-05998

DATE: 2025-11-03   K.H.
SIGNATURE OF ATTORNEY OF RECORD: Kevin-Gregory: Hand

**FOR OFFICE USE ONLY**