IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN GREGORY HAND,** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| **CITY OF PHILADELPHIA,** *et al.*, : | | **NO. 25-CV-6863** |
| Defendants. : | | |

## ORDER

AND NOW, this 24th day of February, 2026, upon consideration of Plaintiff Kevin Gregory Hand's *pro se* Amended Complaint (ECF No. 11), Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2), Emergency Motion for Permission to Electronically File (ECF No. 3), and Emergency Motion for Leave to File Oversized Exhibits (ECF No. 4), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH AND WITHOUT PREJUDICE** for the reasons provided in the accompanying Memorandum as follows:

    a. Any claim Hand attempts to assert *pro se* on behalf of others is **DISMISSED WITHOUT PREJUDICE.**

    b. All remaining federal law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

    c. All claims alleged under Pennsylvania law are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. Further leave to amend is not granted.

3. Hand's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2), Emergency Motion for Permission to Electronically File

        (ECF No. 3), and Emergency Motion for Leave to File Oversized Exhibits (ECF No. 4) are **DENIED** as moot.

4.       The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

        **/s/  Harvey Bartle III**_____

**J.**